**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02696-CMA-MJW

JOHN P. TULLEY,

       Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

       Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

    **COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: December 11, 2009.

                          Respectfully submitted,

                          _s/ David M. Larson_____
                          David M. Larson, Esq.
                          405 S. Cascade Avenue Suite 305
                          Colorado Springs, CO 80903
                          (719) 473-0006
                          Attorney for the Plaintiff