## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-02696-CMA-MJW

JOHN P. TULLEY,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. # 4). The Court having considered the notice of dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: December __16__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge